**Fill in this information to identify the case:**

Debtor 1: Lisa R. Bye

Debtor 2 (Spouse, if filing): Robert L. Bye

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 13-04279

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: West Suburban Bank

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 0 3 0 4

Property address: 234 E. Harrison Street
Number   Street

Villa Park    IL    60181
City          State  ZIP Code

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2017
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

c. **Total.** Add lines a and b.                                         (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___/___/_____
MM / DD / YYYY

Form 4100R              Response to Notice of Final Cure Payment                page 1

Debtor 1 __Lisa & Robert Bye__    Case number (if known) __13-04279__
First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☒ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _[signature]_    Date __05/23/2017__
Signature

Print __Gina B. Krol__    Title __Attorney for Creditor__
First Name   Middle Name   Last Name

Company __Cohen & Krol__

If different from the notice address listed on the proof of claim to which this response applies:

Address __105 W. Madison St., Suite 1100__
Number   Street

__Chicago,   IL   60602__
City    State    ZIP Code

Contact phone __(312) 368-0300__    Email __gkrol@cohenandkrol.com__